No. 93–9041.  DEVITTO v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 93–9042.  COOPER ET AL. v. MISSOURI BOARD OF PROBATION AND PAROLE ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 93–9043.  HAYES v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–9062.  ANDRISANI v. LUCAS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–9065.  BRIM v. WRIGHT, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–9066.  SHIRAR v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 93–9067.  SWASEY v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–9084.  BELLUCCI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–9086.  WENDT v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 93–9093.  BOYLAND v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–9095.  TOLVER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–9100.  BACKSTROM v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–9105.  HOLLON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–9111.  WITHERSPOON ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.